| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jamie Edward Vargas** | Social Security number or ITIN  **xxx−xx−2478** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Brandy June Vargas** | Social Security number or ITIN  **xxx−xx−9048** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Texas** | | |
| Case number:  **20−32700** | | |

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jamie Edward Vargas                                           Brandy June Vargas
                                                              fka Brandy June Stone

8/25/20                                                       **By the court:**   Eduardo V Rodriguez
                                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                  **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2

```
                            United States Bankruptcy Court
                              Southern District of Texas

In re:                                                          Case No. 20-32700-evr
Jamie Edward Vargas                                             Chapter 7
Brandy June Vargas
        Debtors                        CERTIFICATE OF NOTICE
District/off: 0541-4          User: admin              Page 1 of 2            Date Rcvd: Aug 25, 2020
                              Form ID: 318             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2020.
db/jdb         +Jamie Edward Vargas,    Brandy June Vargas,    1292 County Rd., # 105,   Columbus, TX 78934-1762
cr             +21st Mortgage Corporation,    Brady Law Firm,    6351 Preston Road, Suite 160,
                 Frisco, TX 75034-5891
cr             +Global Lending Services LLC,    14841 DALLAS PARKWAY, SUITE 425,    DALLAS, TX 75254-8067
cr             +Santander Consumer USA Inc. dba Chrysler Capital,    1027 Ninth Street,
                 New Orleans, LA 70115-2357
11086060       +Bryan Radiology Associates,    PO Box 5306,    Bryan, TX 77805-5306
11086061       +CAC Financial Corp,    2601 Northwest Expressway,    Suite 1000E,   Oklahoma City, OK 73112-7236
11086065       +Columbus Animal Clinic,    923 Walnut St.,    Columbus, TX 78934-2214
11086068       +Corpra Care Inc,    Attn:Bankruptcy,   Po Box 941269,    Houston, TX 77094-8269
11086070       +Crystal Clear Pools & Spas,    700 W. Applegate Dr.,    Austin, TX 78753-3610
11086075       +Midland Funding,    Attn: Bankruptcy,   350 Camino De La Reine  Ste 100,
                 San Diego, CA 92108-3007
11086078       +Ronda Woolman,    1049 Oak St.,   Columbus, TX 78934-3420
11086080       +SCS/Specialized Collection Systems,    Attn: Bankruptcy,    Po Box 441508,
                 Houston, TX 77244-1508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11086058        E-mail/Text: ebn@21stmortgage.com Aug 25 2020 22:53:35     21st Mortgage Corp.,    P.O. Box 477,
                 Knoxville, TN 37901
11086059       +E-mail/Text: bankruptcy@aarons.com Aug 25 2020 22:54:01     Aaron’s Sales & Lease,
                 Attn: Bankruptcy,    Po Box 100039,   Kennesaw, GA 30156-9239
11086062       +E-mail/Text: bankruptcy@usecapital.com Aug 25 2020 22:54:37     Capital Accounts,
                 Attn: Bankruptcy Dept,    Po Box 140065,   Nashville, TN 37214-0065
11086064       +EDI: CAPITALONE.COM Aug 26 2020 02:23:00     Capital One,   1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
11086063       +EDI: CAPITALONE.COM Aug 26 2020 02:23:00     Capital One,   Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
11086066       +E-mail/Text: rwicke@columbusch.com Aug 25 2020 22:53:59     Columbus Community Hospital,
                 110 Shult Dr.,    Columbus, TX 78934-3010
11086067       +E-mail/Text: rwicke@columbusch.com Aug 25 2020 22:53:59     Columbus Medical Clinic,
                 2122 Hwy 71 S.,    101,   Columbus, TX 78934-3011
11086069       +EDI: CCS.COM Aug 26 2020 02:23:00     Credit Collection Services,    Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA 02062-2679
11086071        E-mail/Text: bankruptcy@glsllc.com Aug 25 2020 22:52:25     Global Lending Services,
                 PO BOX 10437,    Greenville, SC 29603
11086073       +EDI: IIC9.COM Aug 26 2020 02:23:00     IC System, Inc,   Attn: Bankruptcy,    Po Box 64378,
                 Saint Paul, MN 55164-0378
11086074       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 25 2020 22:52:44     Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,   Milwaukee, WI 53201-3043
11086076        EDI: PRA.COM Aug 26 2020 02:23:00     Portfolio Recovery,   Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
11086303       +EDI: PRA.COM Aug 26 2020 02:23:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
11086077       +E-mail/Text: EBN_Waco@Receivemorermp.com Aug 25 2020 22:54:33     RMP,    Attn: Bankruptcy,
                 Po Box 21626,    Waco, TX 76702-1626
11086079        EDI: DRIV.COM Aug 26 2020 02:23:00     Santander Consumer,   P.O. Box 660633,
                 Dallas, TX 75266-0633
11086081       +EDI: RMSC.COM Aug 26 2020 02:23:00     Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965064,    Orlando, FL 32896-5064
11086082       +EDI: RMSC.COM Aug 26 2020 02:23:00     Synchrony Bank/Mattress Firm,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
11086083       +EDI: WABK.COM Aug 26 2020 02:23:00     Wfc,   Attn: Bankruptcy,   Po Box 6429,
                 Greenville, SC 29606-6429
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11086072        Harold Wayne Manuel,    1271 Struce Ln.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0541-4          User: admin                 Page 2 of 2              Date Rcvd: Aug 25, 2020
                              Form ID: 318                Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2020 at the address(es) listed below:
              Beverly Cahill Rice    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               beverly@sundmakerfirm.com,   alexis@sundmakerfirm.com,trey@sundmakerfirm.com,
               michelle@sundmakerfirm.com
              Chandra Dianne Pryor    on behalf of Creditor    Global Lending Services LLC
               Chandra.Pryor@BonialPC.com
              Nicholas M Wajda    on behalf of Joint Debtor Brandy June Vargas nick@recoverylawgroup.com,
               r47098@notify.bestcase.com
              Nicholas M Wajda    on behalf of Debtor Jamie Edward Vargas nick@recoverylawgroup.com,
               r47098@notify.bestcase.com
              Randy W Williams     rww@bymanlaw.com,
               rw13@trustesolutions.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com
              Shawn Kevin Brady    on behalf of Creditor    21st Mortgage Corporation sgodwin@brady-law-firm.com
              US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                                 TOTAL: 7
```